IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES E. CARTER,

Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1322

_____/

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Charles E. Carter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General
Counsel, and Gayla Grant, Assistant General Counsel, Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.